**SHA-1 Hash:** D0DE9062102977D136A7D055953D5D57A088C1E4   **Title**   Bareback Street Gang
**Rights Owner:** Raw Films Ltd.

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 68.33.19.20 | 11/30/2011 1:17 | Washington | DC | Comcast Cable | BitTorrent |
| 2 | 71.163.206.193 | 1/9/2012 1:18 | Washington | DC | Verizon Internet Services | BitTorrent |
| 3 | 71.178.143.210 | 12/15/2011 8:51 | Washington | DC | Verizon Internet Services | BitTorrent |

EXHIBIT A

DC5